
# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 11/04/2020 |
| Case: 8−16−72280−reg | Form ID: 3180W | Total: 29 |

**Recipients of Notice of Electronic Filing:**
aty          Alan Stein          alan@alanstein.net

                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Angela Jimenez       596 Park Avenue       Uniondale, NY 11553
tr           Michael J. Macco     2950 Express Drive South     Suite 109     Islandia, NY 11749
aty          Michael J. Macco     2950 Express Drive South     Suite 109     Islandia, NY 11749
smg          United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza − Room 560     Central Islip, NY 11722−4437
8806087      1st Crd Srvc     377 Hoes Lane     Piscataway, NJ 08854
8873891      AT&T Mobility II LLC     %AT&T SERVICES INC.     KAREN A. CAVAGNARO PARALEGAL     ONE AT&T WAY, SUITE 3A104     BEDMINSTER, NJ. 07921
8806088      Capital One Bank Usa N     15000 Capital One Dr     Richmond, VA 23238
8806089      Credit Collections     Po Box 9134     Needham, MA 02494
9148690      DBW TL HOLDCO 2015 LLC     C/O WINDELS MARX LANE & MITTENDORF, LLP     156 WEST 56TH STREET     NEW YORK, NY 10019     ATTN: MARC GROSS, ESQ.
8806090      ELM Ventures LLC     366 North Broadway−Suite 410     Jericho, NY 11753
8815207      Elm Ventures LLC     366 North Broadway, Suite 410     Jericho, NY 11753
8877784      Hyundai Capital America DBA     Hyundai Motor Finance     PO Box 20809     Fountain Valley, CA 92728
8806091      Hyundai Motor Finance     C/O Relin, Goldstein & Crane, LLP     28 East Main Street, Suite 1800     Rochester, NEw York 14614
8960385      Nassau County Treasurer     c/o Office of the County Attorney     Attn: Patrick R. Gallagher, Esq.     1 West Street     Mineola, NY 11501
9085702      Nassau County Treasurer     c/o Office of the County Attorney     Attn: Patrick R. Gallagher, Esq.     1 West Street     Mineola, NY 11501
8840027      National Grid     PO Box 11791     Newark, New Jersey 07101−9991
8806092      North American Partners in Anesthesia     PO Box 108     Glen Head, NY 11545−0108
8806093      North Shore LIJ     PO Box 28372     New York, NY 10087−8372
8806094      North Shore LIJ     PO Box 29765     New York, NY 10087
8806095      One Advantage     7789 Nw 48 St Ste 330     Doral, FL 33166
8806096      Optimum     200 Jericho Quadrangle     Jericho, NY 11753−2701
8806097      Rtrfinancial     Po Box 2128     Hempstead, NY 11551
8806098      Sunrise Medical Labs     C/O Paul Michael     15916 Union Turnpike−Ste 302     Flushing, NY 11366
8853527      Town of Hempstead     Dept of Water     1995 Prospect Avenue     East Meadow, NY 15554
8806099      U S Dept Of Ed/gsl/atl     Po Box 4222     Iowa City, IA 52244
8900111      US Department of Education     PO Box 16448     St. Paul, MN 55116−0448
8806100      Verizon     500 Technology Dr Ste 30     Weldon Spring, MO 63304
8806101      Winthrop− University Hospital     PO Box 9562     Uniondale, NY 11555−9562

                                                                                                TOTAL: 28